IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAY CHRIS MOBLEY,

    Plaintiff,

vs.                                                  Case No: 5:11-cv-182-RS-GRJ

CORRECTIONS CORP.
OF AMERICA,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On November 1, 2011, the undersigned ordered Plaintiff to show cause on or before November 14, 2011, as to why this case should not be dismissed because it is duplicative of other cases pending in this Court that were docketed prior to the instant case. *See* Doc. 9. Plaintiff was warned that failure to comply would result in a recommendation that this case be dismissed. As of this date, Plaintiff has neither complied with the Court's order nor shown cause as to why he is unable to do so.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed as duplicative and for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS** this 17th day of November 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.