IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RAY CHRIS MOBLEY,**

    **Plaintiff,**

vs.                          **CASE NO. 5:11-cv-182/RS-GRJ**

**CORRECTIONS CORP. OF AMERICA,**

    **Defendant.**

_____ /

### **ORDER**

Before me are the Magistrate Judge's Report and Recommendation (Doc. 10). Plaintiff has not filed any objections.

    **IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and for failure to prosecute.

3. The clerk is directed to close the file.

**ORDERED** on December 20, 2011.

                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**